# CLAIM DETAILS

**Tracking Number:** 2291-A36-724-C53
**Filed on:** November 21, 2022
**Claimant:** Perry, Donyele
**Filed By:** Brewer, Meredith

## Documents included:

* Standard Online Claim Form
* Certificate of Registration & Sale Receipts - Exhibit_Asset No 22-DEA-687926.pdf
* Sworn Notice of Representation - Notice Letter ID 388135 Sworn Notice of Rep.pdf
* Signed Claim - Notice Letter ID 388135 Signed Claim.pdf



11/21/2022



# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note:** There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I - CONTACT INFORMATION

| CLAIMANT INFORMATION | | |
|---|---|---|
| **Claimant/Contact Name: (Last, First)**<br>Perry, Donyele | | |
| **Business/Institution Name:** (if applicable)<br>223 EXOTICSBSN DIOR, dba Zoee Dior Kennels, LLC | | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code)<br>131 Pearson Lane<br>Henderson, NC 27537 | | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)<br>[Redacted]7320 | | |
| **Phone:** (optional) | **Email:** (optional) | |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| **Attorney Name: (Last, First)**<br>Brewer, Meredith | |
| **Attorney Title:** | |
| **Firm Name:** (if applicable)<br>Dysart Willis, PLLC | |
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br>530 Hillsborough Street<br>Suite 200<br>Raleigh, NC 27603 | |
| Are you an attorney filing this claim on behalf of your client? | ☒ Yes ☐ No |
| **Attorney Phone:** (optional)<br>(919) 747-8380 | **Attorney Email:** (optional)<br>brewer@dysartwillis.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 22-DEA-687926 | $53,624.00 U.S. Currency, SN: **** seized by the DEA on January 28, 2022 in Henderson, NC. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| Asset ID | Asset Description |
| 22-DEA-687926 | $53,624.00 U.S. Currency, SN: **** seized by the DEA on January 28, 2022 in Henderson, NC. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

Claimant has an interest in the seized property as income derived by Claimant from the sale of American Bully's (a dog breed). Claimant is the owner on record of 223 EXOTICSBSN DIOR, dba Zoee Dior Kennels, LLC, which is in the business of breeding and selling American Bully's. In the course and scope of Claimant's business of selling American Bully's, Claimant received income in the form of U.S. Currency. Included herein as an exhibit, are Claimant's sales receipts showing the purchase price of certain American Bully's sold by Claimant for a total of $70,988.00. The $54,624.00 U.S. Currency seized by the DEA was the proceeds Claimant received from selling the American Bully's listed on the enclosed receipts. Thus, Claimant has an interest in the seized U.S. Currency as Claimant's income from the sale of American Bully's.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

\* Certificate of Registration & Sale Receipts - Exhibit_Asset No 22-DEA-687926.pdf

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Claim electronically signed by the attorney for the claimant

**Signature**

Perry, Donyele

**Printed Name**

11/21/22

**Date**

### Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

Claim electronically signed by the attorney for the claimant

**Signature**

Perry, Donyele

**Printed Name**

11/21/22

**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**

* Sworn Notice of Representation - Notice Letter ID 388135 Sworn Notice of Rep.pdf

* Signed Claim - Notice Letter ID 388135 Signed Claim.pdf

## The Next Generation of Pedigrees
# US Bully Registry Office
Temecula, California ~ Established 2013
## Official Certificate of Permanent Registration

Certification of registration for the Breed files of the US Bully registry office

| | |
|---|---|
| *Name as* | **223 EXOTICSBSN DIOR** |
| *USBR No.* | **177480-06** |
| *Other Reg Nos.* | |
| *Birthdate* | **11/05/2021** |
| *Breed* | **AMERICAN BULLY** |
| *Sex* | **FEMALE** |
| *Color* | **CHOCOLATE** |
| *Tattoo or Microchip No.* | |

### The Owner On Record Is DONYELE PERRY
**131 PEARSON LN**
**HENDERSON, NC 27537**



*The parents' names and Championship title(s) shown are current as of the issuance of this Certificate and signed by the Registrar on this 28th day of June, 2022*

*Ed Shepherd*
Founder, US Bully Registry

*Barry Chy*
President, US Bully Registry

USBR is the registered trademark of the Bully Registry Inc.

## Receipt 1 (top-left) — 894750

**Donyele Sold**
Date: 1-12-22
Name: Stacy
Cash: ✓

| Quan. | Description | Price | Amount |
|---|---|---|---|
| 1 | Male Puppy | | |
| 2 | Bully | 3,500.00 | |
| 3 | Down Payment | | |
| 6 | Owed → | 5,000.00 | |
| 8 | 1-15 | | |
| 9 | | 1,500.00 | |
| 11 | Payed Bull 1-20 | 3,500.00 | |
| 12 | | 8,000.00 | |

Received by: Zoee Dior Kennel

## Receipt 2 (top-right) — 894750

**Donyele Sold**
Date: 1-12-22
Name: Tinye
Cash: ✓

| Quan. | Description | Price | Amount |
|---|---|---|---|
| 1 | Female Puppy | | |
| 2 | Bully | | |
| 3 | Down Pay | 1,500.00 | |
| 5 | 1-20 | 2,500.00 | |
| 8 | Owed | 3,500.00 | |
| 9 | Pay full - 1-20 | | |
| 10 | | 7,500.00 | |

Received by: Zoee Dior Kennels

## Receipt 3 (bottom-left) — 894757

**Donyele Sold**
Date: 12-1-21
Name: Shawn
Paid Out: ✓

| Quan. | Description | Price | Amount |
|---|---|---|---|
| 1 | male bully Down payment | | |
| 2 | Puppy | 5,000.00 | |
| 4 | Owed → | 3,500.00 | |
| 6 | | 8,500.00 | |
| 7 | Payfull 12-24 | | |
| 8 | | 2,500.00 | |
| 10 | 12-10 | | |
| 11 | Payed | 1,000 | |

Received by: Zoee Dior Kennels

## Receipt 4 (bottom-right) — 894757

**Donyele Sold**
Date: 11-15-21
Name: Alexis
Cash: ✓

| Quan. | Description | Price | Amount |
|---|---|---|---|
| 1 | Male Bully | 3,500.00 | |
| 2 | Puppy | | |
| 3 | Down payment 11-20 | 1,000.00 | |
| 4 | 11-26 | 1,000.00 | |
| 6 | | 5,500.00 | |
| 8 | Payed full | 2,500.00 | |
| 10 | 11-30 | 8,000.00 | |

Received by: Zoee Dior Kennels

## Receipt 1 (top left) — 894770

**Doniele Sold**
Date: 11-5-21
Name: Willie

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Male Puppy | 5,500.00 | |
| 2 | Down Payment Bully | | |
| 3 | | | |
| 4 | Vet Fee | 488.00 | |
| 7 | Owed → | 3,488.00 | |
| 9 | 11-20-21 | | |
| 10 | Paid Full | 8,488.00 | |

Received by: Zoee Dior Kennels

## Receipt 2 (top right) — 894771

**Doniele Sold**
Date: 6-20-21
Name: Ded

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Female Puppy | 3,500.00 | |
| 2 | Bully | 2,050.00 | |
| 4 | Bal | 5,550.00 | |
| 5 | owed → | 2,000.00 | |
| 7 | | 7,500.00 | |
| 8 | Paid out | | |
| 10 | 6-30-21 | | |

Received by: Zoee Dior Kennels

## Receipt 3 (bottom left) — 894772

**Doniele**
Date: 6-5-21
Name: Nikki

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Male Bully | | |
| 2 | Puppy | 4,000.00 | |
| 3 | owed | | |
| 4 | Pay Full | 4,000.00 | |
| 6 | | 8,000.00 | |
| 7 | 6-20-21 | | |

Received by: Zoee Dior Kennels

## Receipt 4 (bottom right) — 894773

**Doniele Sold**
Date: 4-30-21
Name: Sed

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Girl Bully | | |
| 2 | Puppy | | |
| 4 | Down → | 3,500.00 | |
| 7 | Owed | 4,000.00 | |
| 9 | 5-2-21 | 7,500.00 | |
| 12 | Paid Full | | |

Received by: Zoee Dior Kennels

Donyele Sold

8947

| CUSTOMER'S ORDER NO. | | | | DATE 4-21-21 | | |
|---|---|---|---|---|---|---|
| NAME Parker | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | ✓ | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Down Payment | 2,500 | 00 |
| 2 | | | |
| 3 | Payment Left | 5,000 | 00 |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | Payed | 7,500 | 00 |
| 9 | | | |
| 10 | Girl | | |
| 11 | Bully Puppy | | |
| 12 | | | |

RECEIVED BY
Zoee Dior Kennels

KEEP THIS SLIP FOR REFERENCE



# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note:** There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.
2291-A36-724-C53   Page 1   11/21/22

2291-A36-724-C53    Page 1    11/21/22

Case 5:23-mc-00009-D   Document 1-1   Filed 02/14/23   Page 10 of 19
10 of 19
Doc ID: f73285695957af363d4b278e8ff8c196079d5f44

## SECTION I - CONTACT INFORMATION

| CLAIMANT INFORMATION | | |
|---|---|---|
| **Claimant/Contact Name:** (Last, First) <br> Perry, Donyele | | |
| **Business/Institution Name:** (if applicable) <br> 223 EXOTICSBSN DIOR, dba Zoee Dior Kennels, LLC | | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code) <br> 131 Pearson Lane <br> Henderson, NC 27537 | | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) <br> Redacted 7320 | | |
| **Phone:** (optional) | **Email:** (optional) | |
| ATTORNEY INFORMATION (if applicable) | | |
| **Attorney Name:** (Last, First) <br> Brewer, Meredith | | |
| **Attorney Title:** | | |
| **Firm Name:** (if applicable) <br> Dysart Willis, PLLC | | |
| **Attorney Address:** (Include Street, City, State, and Zip Code) <br> 530 Hillsborough Street <br> Suite 200 <br> Raleigh, NC 27603 | | |
| **Are you an attorney filing this claim on behalf of your client?** | [X] Yes | [ ] No |
| **Attorney Phone:** (optional) <br> (919) 747-8380 | **Attorney Email:** (optional) <br> brewer@dysartwillis.com | |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 22-DEA-687926 | $53,624.00 U.S. Currency, SN: **** seized by the DEA on January 28, 2022 in Henderson, NC. |

2291-A36-724-C53                        Page 2                         11/21/22

Case 5:23-mc-00009-D   Document 1-1   Filed 02/14/23   Page 11 of 19
11 of 19
Doc ID: f73285695957af363d4b278e8ff8c196079d5f44

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 22-DEA-687926 | $53,624.00 U.S. Currency, SN: ****      seized by the DEA on January 28, 2022 in Henderson, NC. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

Claimant has an interest in the seized property as income derived by Claimant from the sale of American Bully's (a dog breed). Claimant is the owner on record of 223 EXOTICSBSN DIOR, dba Zoee Dior Kennels, LLC, which is in the business of breeding and selling American Bully's. In the course and scope of Claimant's business of selling American Bully's, Claimant received income in the form of U.S. Currency. Included herein as an exhibit, are Claimant's sales receipts showing the purchase price of certain American Bully's sold by Claimant for a total of $70,988.00. The $54,624.00 U.S. Currency seized by the DEA was the proceeds Claimant received from selling the American Bully's listed on the enclosed receipts. Thus, Claimant has an interest in the seized U.S. Currency as Claimant's income from the sale of American Bully's.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

* Certificate of Registration & Sale Receipts - Exhibit_Asset No 22-DEA-687926.pdf

2291-A36-724-C53      Page 3      11/21/22

Case 5:23-mc-00009-D Document 1-1 Filed 02/14/23 Page 12 of 19
12 of 19
Doc ID: f73285695957af363d4b278e8ff8c196079d5f44

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

*[signed]*
**Signature**

Perry, Donyele
**Printed Name**

11 / 21 / 2022
**Date**

### Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

*[signed]*
**Signature**

Perry, Donyele
**Printed Name**

11 / 21 / 2022
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**

2291-A36-724-C53                      Page 4                      11/21/22

Case 5:23-mc-00009-D    Document 1-1    Filed 02/14/23    Page 13 of 19
13 of 19
Doc ID: f73285695957af363d4b278e8ff8c196079d5f44

# Dropbox Sign

Audit trail

| | |
|---|---|
| Title | Hello |
| File name | 1669064146-REVISE...laim_D._Perry.pdf |
| Document ID | f73285695957af363d4b278e8ff8c196079d5f44 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested on cedysart.cliogrow.com and signed on cedysart.cliogrow.com

## Document History

**SENT** — 11 / 21 / 2022 20:56:31 UTC
Sent for signature to Donyele Perry (diorzoee99@gmail.com) from brewer@dysartwillis.com
IP: 24.206.39.114

**VIEWED** — 11 / 21 / 2022 21:25:52 UTC
Viewed by Donyele Perry (diorzoee99@gmail.com)
IP: 172.58.155.139

**SIGNED** — 11 / 21 / 2022 21:27:56 UTC
Signed by Donyele Perry (diorzoee99@gmail.com)
IP: 172.58.159.184

**COMPLETED** — 11 / 21 / 2022 21:27:56 UTC
The document has been completed.



# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

2291-A36-724-C53          Page 1          11/21/22

Case 5:23-mc-00009-D   Document 1-1   Filed 02/14/23   Page 15 of 19
15 of 19
Doc ID: f73285695957af363d4b278e8ff8c196079d5f44

## SECTION I - CONTACT INFORMATION

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name:** (Last, First)<br>Perry, Donyele ||
| **Business/Institution Name:** (if applicable)<br>223 EXOTICSBSN DIOR, dba Zoee Dior Kennels, LLC | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code)<br>131 Pearson Lane<br>Henderson, NC 27537 ||
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)<br>Redacted 7320 ||
| **Phone:** (optional) | **Email:** (optional) |

| ATTORNEY INFORMATION (if applicable) ||
|---|---|
| **Attorney Name:** (Last, First)<br>Brewer, Meredith ||
| **Attorney Title:** ||
| **Firm Name:** (if applicable)<br>Dysart Willis, PLLC ||
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br>530 Hillsborough Street<br>Suite 200<br>Raleigh, NC 27603 ||
| Are you an attorney filing this claim on behalf of your client? [X] Yes [ ] No ||
| **Attorney Phone:** (optional)<br>(919) 747-8380 | **Attorney Email:** (optional)<br>brewer@dysartwillis.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 22-DEA-687926 | $53,624.00 U.S. Currency, SN: **** seized by the DEA on January 28, 2022 in Henderson, NC. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 22-DEA-687926 | $53,624.00 U.S. Currency, SN: **** seized by the DEA on January 28, 2022 in Henderson, NC. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

Claimant has an interest in the seized property as income derived by Claimant from the sale of American Bully's (a dog breed). Claimant is the owner on record of 223 EXOTICSBSN DIOR, dba Zoee Dior Kennels, LLC, which is in the business of breeding and selling American Bully's. In the course and scope of Claimant's business of selling American Bully's, Claimant received income in the form of U.S. Currency. Included herein as an exhibit, are Claimant's sales receipts showing the purchase price of certain American Bully's sold by Claimant for a total of $70,988.00. The $54,624.00 U.S. Currency seized by the DEA was the proceeds Claimant received from selling the American Bully's listed on the enclosed receipts. Thus, Claimant has an interest in the seized U.S. Currency as Claimant's income from the sale of American Bully's.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

* Certificate of Registration & Sale Receipts - Exhibit_Asset No 22-DEA-687926.pdf

2291-A36-724-C53  Page 3  11/21/22

Case 5:23-mc-00009-D  Document 1-1  Filed 02/14/23  Page 17 of 19
17 of 19
Doc ID: f73285695957af363d4b278e8ff8c196079d5f44

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

*[signed]*
_____
**Signature**

Perry, Donyele
_____
**Printed Name**

11 / 21 / 2022
_____
**Date**

### Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

*[signed]*
_____
**Signature**

Perry, Donyele
_____
**Printed Name**

11 / 21 / 2022
_____
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**

**✘ Dropbox** Sign                                                                 Audit trail

| | |
|---|---|
| Title | Hello |
| File name | 1669064146-REVISE...laim_D._Perry.pdf |
| Document ID | f73285695957af363d4b278e8ff8c196079d5f44 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested on cedysart.cliogrow.com and signed on cedysart.cliogrow.com

## Document History

**SENT** — 11 / 21 / 2022 20:56:31 UTC — Sent for signature to Donyele Perry (diorzoee99@gmail.com) from brewer@dysartwillis.com
IP: 24.206.39.114

**VIEWED** — 11 / 21 / 2022 21:25:52 UTC — Viewed by Donyele Perry (diorzoee99@gmail.com)
IP: 172.58.155.139

**SIGNED** — 11 / 21 / 2022 21:27:56 UTC — Signed by Donyele Perry (diorzoee99@gmail.com)
IP: 172.58.159.184

**COMPLETED** — 11 / 21 / 2022 21:27:56 UTC — The document has been completed.

Powered by ✘ Dropbox Sign